WERK, APPELLEE, *v.* WERK, APPELLANT.

[Cite as Werk *v.* Werk (1985), 17 Ohio St. 3d 143.]

(No. 84-966—Decided May 22, 1985.)

*Lawson & Sharts* and *Eddie Lawson, Jr.,* for appellee James H. Werk.
*Finkelman & Ross* and *H. O. Finkelman,* for appellant Gail Werk.

The judgment in this cause, having been certified by the court of appeals in case No. CA83-07-049 as being in conflict with *Leonti* v. *Leonti* (1983), 8 Ohio App. 3d 129, and *Alban* v. *Alban* (1981), 1 Ohio App. 3d 146, is reversed and the cause is remanded on authority of *McClain* v. *McClain* (1984), 15 Ohio St. 3d 289.

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.